UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| ALFRED REAZA, | ) | No. EDCV 09-1897 CW |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE

THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the

terms of the stipulation.

DATE: June 24, 2011    _Carla M. Woehrle_

HON. CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-